COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 July 2, 2015
 No. 10-15-00226-CR
 IN RE TANDY W. WILKERSON
 
 
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The Petition for Writ of Mandamus filed by Tandy W. Wilkerson has been considered by the Court. The Court has determined that the Petition for Writ of Mandamus against Barbara W. Axtell should be and hereby is dismissed. The Court has determined the Petition for Writ of Mandamus against the Honorable Robert Stem should be and hereby is denied. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk